| 08/20/2024 | 1026 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to John Patrick Couch for date of JULY 17, 2024 RESENTENCING HEARING before Judge CALLIE VS GRANADE, re: 1008 Notice of Appeal - Final Judgment, USCA Case Number 24-12319D. Court Reporter SA ZIELIE, Telephone number 251-694-4674. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have twenty-one (21) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. Notice of Transcript Redaction to be filed by 9/10/2024. Redaction Request due 9/10/2024. Redacted Transcript Deadline set for 9/20/2024. Release of Transcript Restriction set for 11/18/2024. (Zielie, Susan) (Entered: 08/20/2024) |